1
2
3
4
5
6
7
8
9   IN THE UNITED STATES DISTRICT COURT
10  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO RODARTE, | ) | No. C 10-4517 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| WARDEN R. GROUNDS, | ) | |
| Respondent. | ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.10\Rodarte517jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUSTAVO RODARTE,

        Plaintiff,

  v.

R. GROUNDS et al,

        Defendant.

Case Number: CV10-04517 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo Rodarte C-72196
CTF Central
Post Office Box 689
YW-312U
Soledad, CA 93960-689

Dated: December 19, 2012

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk